In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00450-CV**
_____

**PATRICIA SHAW, Appellant**

**V.**

**JOSEPH SHAW, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-30990**

**MEMORANDUM OPINION**

Appellant Patricia Shaw filed a notice of appeal with the trial court on December 5, 2018. Despite written notice from this Court and an opportunity to cure, Shaw has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 20.1. On March 12, 2019, we notified the parties that the appeal would be dismissed unless the filing fee was paid. Shaw did not respond to the Court's notice. There being no satisfactory explanation for the failure to pay the

1

filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R.

App. P. 42.3(b).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on April 10, 2019
Opinion Delivered April 11, 2019

Before Kreger, Horton, and Johnson, JJ.